FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 MAR 20 AM 11: [illegible]

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WATERWAY ON THE OGEECHEE, INC. and GEORGE ANTHONY MERRITT, Executor for the Estate of Thomas George Merritt,<br><br>    Plaintiffs,<br><br>v.<br><br>MARLIN OUTDOOR ADVERTISING, LTD. and WALTER M. CZURA,<br><br>    Defendants. | CASE NO. CV410-053 |

## O R D E R

Before the Court is the parties' Joint Motion to Approve Settlement and to Determine Attorney's Fees. (Doc. 195.) In the motion, the parties request that the Court both approve their tentative settlement agreement and determine the amount of fees owed to Plaintiffs' former attorney. (Id.) Apparently, a dispute has arisen between Plaintiffs' former attorney and Plaintiff Merritt concerning the amount of attorney's fees owed in this case. (Doc. 197 at 1-2.) Additionally, there appears to be some issues with Plaintiff Merritt's handling of the estate, resulting in petitions for his removal as executor.

In light of the issues that are pending before the Probate Court of Chatham County, this Court feels it would be inappropriate to proceed any further in this case until

those issues are resolved. The Court does note, however, that the matter of attorney's fees owed under a fee agreement between counsel and client is not a matter for adjudication by this Court. In short, that separate agreement between counsel and client is not encompassed by the dispute the parties brought before this Court. In any event, the Clerk of Court is **DIRECTED** to **STAY** and **ADMINISTRATIVELY CLOSE THIS CASE** pending resolution of all probate issues. Once these issues have been resolved, the parties may seek to have the stay lifted and the case reopened.

SO ORDERED this 20th day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA